UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORGE S. PEREZ-MARRERO,

      Petitioner,

v.                                                    Case No.:  2:26-cv-00674-SPC-NPM

MARKWAYNE MULLIN *et al.*,

      Respondents.
                                    /

## <u>OPINION AND ORDER</u>

Before the Court is the Federal Respondents' Motion for Clarification (Doc. 13).  Jorge S. Perez-Marrero filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Perez-Marrero would be removed in the reasonably foreseeable future.  But in light of Perez-Marrero's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public.  In their motion, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention.  Perez-Marrero is entitled to release from detention, but he remains subject to reasonable terms of supervision.

Accordingly, it is hereby

**ORDERED:**

Jorge S. Perez-Marrero's Petition for Writ of Habeas Corpus (Doc. 1) is

**GRANTED**.

1. The respondents shall release Perez-Marrero within 24 hours of this

   Order, and they shall facilitate his transportation from the facility by

   notifying his counsel when and where he may be collected.

2. The Clerk is **DIRECTED** to terminate the pending motions and

   deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record